# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 12 PM 12:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

| | |
|---|---|
| WALTER REEVES, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| v. | |
| RANDY J. DAVIS, | CASE NO: 04-2967 Ml/An |
| Respondent. | |

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Leave to Proceed In Forma Pauperis, Order Directing Petitioner to Pay the Habeas Filing Fee, Order Granting Motions to Supplement or Amend Petition, Order Denying Petition under § 2241, and Order Certifying Appeal Not Taken in Good Faith, entered September 12, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 12, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02967 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Walter Reeves
FCI-MEMPHIS
21464-001
1101 John A. Denie Road
P.O. Box 34550
Memphis, TN 38134--055

Honorable Jon McCalla
US DISTRICT COURT